IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
STEPHEN LEONARD HUNT,           *
                                *
     Plaintiff,                 *
                                *
v.                              *     CV 417-100
                                *
CYNTHIA GROOVER, KELLY GIVENS,  *
TAMARA BENNETT THOMPSON,        *
MARY ELIZABETH McDONALD,        *
ANA ALLEN, CHATHAM COUNTY,      *
GEORGIA, CHATHAM COUNTY         *
SUPERIOR COURT CLERK, and       *
STATE OF GEORGIA,               *
                                *
                                *
     Defendants.                *
```

**O R D E R**

On July 27, 2017, the United States Magistrate Judge reported and recommended that Plaintiff Stephen Leonard Hunt's 42 U.S.C. § 1983 complaint be dismissed. (Doc. 7.) The Court adopted the Magistrate Judge's report and recommendation and closed this case on August 21, 2017. (Doc. 9.) Plaintiff filed a notice of appeal and now moves for leave to proceed *in forma pauperis* on appeal. (Docs. 11, 14.) Plaintiff's motion is **DENIED** for the following reasons.

The requirements for litigants seeking to proceed *in forma pauperis* on appeal are set forth in 28 U.S.C. § 1915. In

addition to the financial requirements, § 1915(a)(3) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." An appeal is in good faith when a litigant's argument is not objectively frivolous. See Coppedge v. United States, 369 U.S. 438, 445 (1962). In deciding whether an IFP appeal is frivolous, the district court determines whether the issues raised have any arguable merit either in law or fact. See Bilal v. Driver, 251 F.3d 1346, 1349 (11th Cir. 2001). In this case, Plaintiff has not presented any non-frivolous issue. The Report and Recommendation adopted by this Court thoroughly explains why his claims were dismissed. Accordingly, Plaintiff's appeal is not taken in good faith, and his motion to proceed *in forma pauperis* on appeal is therefore **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA